

FILED
August 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002854922

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE: §
 §
**Titan Gilroy** § CASE NO. 10-40352-MSM
**Gina Gilroy** §
    Debtors §
 § CHAPTER NO. 7
 §
 §

## REQUEST FOR NOTICE PURSUANT TO
## BANKRUPTCY RULES 2002 AND 9010

Please take notice that Medallion Bank c/o Systems & Services Technologies, Inc. hereby gives notice pursuant to Bankruptcy Rules 2002 and 9010 that the law firm of J. Ward Holliday and Associates, P.C. requests:

1. All notices given or required to be given in the case; and

2. All pleadings and correspondence served or required to be served in this case, regarding Medallion Bank c/o Systems & Services Technologies, Inc., Case Number - 10-40352-MSM should be directed to the law firm of J. Ward Holliday and Associates, P.C. at the following address:

> **J. Ward Holliday and Associates, P.C.**
> **501 Elm Street – Suite 400**
> **Dallas, Texas 75202**
> Re: Medallion Bank c/o Systems & Services Technologies, Inc.
> JWH&A#: 099070

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, and 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether

formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimiles transmission, e-mail, or otherwise which effects or seeks to effect the above case.

                              Respectfully submitted,

/s/J. Ward Holliday
J. Ward Holliday
J. Ward Holliday and Associates, P.C.
501 Elm Street Suite 400
Dallas, Texas 75202
214-747-2727

### Certificate of Service

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was served upon the parties listed below by First Class U.S. Mail, postage prepaid, or by electronic filing notification, on this the 16th day of August, 2010.

**Debtors' Attorney**
Stephen J. Johnson
13620 Lincoln Way #220
Auburn, California 95603

**Trustee**
Michael F. Burkart
5150 Fair Oaks Blvd
# 101-185
Carmichael, California 95608

**US Trustee**
Antonia G. Darling
501 "I" St.
Suite 7-500
Sacramento, California 95814

/s/J. Ward Holliday
J. Ward Holliday