Filed 10/14/10     Case 10-40352     Doc 20

2010-40352
FILED
October 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002996853

Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile:  (858) 793-8263

Attorneys for Secured Creditor/Moving Party

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>    TITAN GILROY and GINA GILROY,<br><br>                Debtors.<br>_____<br>MEDALLION BANK c/o SYSTEMS & SERVICES TECHNOLOGIES, INC., ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST,<br><br>                Movant,<br>-vs-<br>TITAN GILROY; GINA GILROY; MICHAEL F. BURKART, Chapter 7 Trustee,<br><br>                Respondents.<br>_____ | Case No: 10-40352<br><br>D.C. No. TJS-1<br><br>Chapter 7<br><br>**ORDER FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:    October 4, 2010<br>Time:   9:00 a.m.<br>Crtrm:  28<br><br>*The Courtroom of the Honorable Michael S. McManus* |

    Pursuant to Court Order, the motion of secured creditor, MEDALLION BANK c/o SYSTEMS & SERVICES TECHNOLOGIES, INC.( "SST") for Relief From Automatic Stay, scheduled for hearing on October 4, 2010, at 9:00 a.m., in the courtroom of the Honorable Michael S. McManus, located at 501 I Street, Sacramento, California, has been resolved without oral argument.

    Upon review of SST's Motion, there being no opposition thereto, and with good cause appearing therefor,

RECEIVED
October 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002996853

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.　The Motion is denied as moot.

2.　The automatic stay terminated as to the collateral, a **BOAT & MOTOR: 2008 MASTERCRAFT X-15 SLDR - VIN: MBCNMEF4I708** and **TRAILER: 2008 SPORT BOAT VIN: 4FBBC212581018589** (the "Collateral"), at 12:01 a.m. on August 29, 2010, by operation of 11 U.S.C. § 362(h), and the Collateral has from that date no longer been property of the estate.

3.　No attorneys fees will be awarded in relation to this motion.

Dated: October 14, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge